## MAX CASE
vs.
## OSTAP SWETZ

Court of Common Pleas    Hartford County    File #35038

Present: Hon. ABRAHAM S. BORDON, Judge.

Charles Stroh,                    Attorney for the Plaintiff.

William S. Hyde,                  Attorney for the Defendant.

## MEMORANDUM FILED OCTOBER 24, 1935.

BORDON, J. The proposition of law advanced by the plaintiff is undoubtedly correct but the Court cannot find that there was actually a sale until delivery. However, this question becomes immaterial in view of the Court's belief

that the cow was actually infected with hemorrhagic septic-
emia before she left the plaintiff's premises. The lack of
appetite and trembling are symptoms of this disease and both
of these were already apparent when the cow was delivered
to the defendant, indicating that the disease had made con-
siderable progress.

In view of the representation on the part of the plaintiff
that the cow was in good health, the defendant is entitled to
reduce the amount of the note by the price paid by him for
the diseased cow.

According to defendant's evidence he paid $470. for four
cows or $117.50 for each cow. He also paid $10 to a vet-
erinarian for treating the cow. This total of $127.50 should
be credited on the note for $135., leaving a balance due the
plaintiff of $7.50., for which amount judgment may be entered
together with costs.

The Court has granted permission to the defendant to file
an amended answer and counter-claim to conform to the evi-
dence presented by him. When presented by defendant's
counsel the answer may be filed.